# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

140984-5

JACK BOSS and MARI BOSS,
          Plaintiffs/Cross-
          Defendants/Appellants,

v

LOOMIS, EWERT, PARSLEY, DAVIS &
GOTTING, P.C., KELLY K. REED,
CATHERINE A. JACOBS, KEVIN J.
RORAGEN, WILLIAM CULBERTSON, S.
WHITFIELD LEE, and R. ANDREW GATELY,
          Defendants-Appellees,
and

TALL GRASS INVESTMENT CORPORATION,
          Defendant/Cross-Plaintiff/Appellee,
and

EAGLE TRANSPORT SERVICES, INC.,
          Defendant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140984-5
COA: 287578, 289438
Allegan CC: 05-037882-CK

On order of the Court, the application for leave to appeal the March 16, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

0719

          Clerk